# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
No. 17-0126V
Filed: August 7, 2017
UNPUBLISHED

| | |
|---|---|
| ELIZABETH HARRISON,<br><br>                   Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                   Respondent. | Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Tetanus Diphtheria<br>acellular Pertussis (Tdap) Vaccine;<br>Brachial Neuritis |

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for petitioner.*
*Linda Sara Renzi, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

      On January 27, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act").  Petitioner alleges that she suffered brachial neuritis in her right shoulder as a result of her March 29, 2016   Tetanus Diphtheria acellular Pertussis ("Tdap") Vaccine.  Petition at 1.  The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

On August 3, 2017, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent indicates that

> [m]edical personnel at the Division of Injury Compensation Programs, Department of Health and Human Services ("DICP"), have reviewed the Petition and supporting documentation filed in this case, as well as the relevant medical literature regarding petitioner's alleged injury. DICP had determined that petitioner has satisfied the criteria set forth in the Vaccine Injury Table, see C.F.R. § 100.3(a)(I)(B), and the Qualifications and Aids to Interpretation ("QA1") C.F.R. § 100(b)(6), for the injury of Brachial Neuritis following a Tdap vaccination. In addition, given the medical records outlined above, the statutory six month sequela requirement has been satisfied. See 42 U.S.C. § 300aa-11(c)(1)(D)(i).

*Id.* at 4.

**In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**


**IT IS SO ORDERED.**


                                        **s/Nora Beth Dorsey**
                                        Nora Beth Dorsey
                                        Chief Special Master